# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                Case No. 1:19-cr-42-AW-GRJ-1

**AURELIO AMBROCIO-AGUILAR,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 23, to which there has been no timely objection, Defendant's plea of Guilty to Count One of the Indictment is ACCEPTED. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on December 31, 2019.

                                                                   s/ *Allen Winsor*
                                                                   United States District Judge